PIANO & MUSICAL INSTRUMENT WORKERS
UNION, LOCAL NO. 2549, UNITED BROTHER-
HOOD OF CARPENTERS & JOINERS
OF AMERICA, AFL–CIO *v.* W. W.
KIMBALL CO.

No. 535.  Decided December 14, 1964.

*Bernard M. Mamet* for petitioner.

*Thomas R. Mulroy* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed. *Steelworkers* v. *American Manufacturing Co.,* 363 U. S. 564, and *Wiley & Sons, Inc.* v. *Livingston,* 376 U. S. 543.